FEB 18 2003

Elaine Z. Fibranz
P.O. Box 190911
Anchorage AK 99519
907-276-7454 work
907-279-2111 fax

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE ZIOLKOWSKI FIBRANZ, )
)
Plaintiff, )
)
vs. )
)
GEORGIAN ZIOLKOWSKI )
BACHMANN, )
)
Defendant., )
) Case No. 02-856 DWF/RLE

ORIGINAL

**MOTION FOR EXTENSION OF TIME** and ORDER

COMES NOW Plaintiff, ELAINE ZIOLKOWSKI FIBRANZ, In Pro Persona, and files a Motion for Extension of Time of ten days to respond to the Motion for Summary Judgment. There has been a death in the extended family; therefore, additional time is sought. This extension will not prejudice the Defendant.

DATED at Anchorage, Alaska, this13th day of July, 2003.

Elaine Ziolkowski Fibranz
In Pro Persona

FEB 18 2003

**ORDER**

IT IS SO ORDERED.

DATED this 18th day of February, ~~2002~~ 2003.

Raymond L. Erickson
United States Magistrate Judge

This is to certify that a copy of the foregoing
was faxed and mailed to:
Daniel Vogel
P.O. Box 1389
Fargo ND 58102-1389
on the 13th day of February, 2003

Elaine Ziolkowski-Fibranz

C:\Documents and Settings\EZF\My Documents\elaine.2e.wpd