**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ELAINE ZIOLKOWSKI FIBRANZ,

Plaintiff,

v.

GEORGIAN ZIOLKOWSKI BACHMANN,

Defendant.

Civil No. 02-856 (DWF/RLE)

**ORDER OF REFERENCE**

---

Elaine Fibranz, *Pro Se,* P.O. Box 190911, Anchorage, AK 99519, Plaintiff.

M. Daniel Vogel, Esq., Vogel Law Firm, P.O. Box 1389, Fargo, ND 58107-1389, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion for Summary Judgment (Docket No. 23) is referred to Magistrate Judge Raymond L. Erickson.

Dated: February 12, 2003

DONOVAN W. FRANK
Judge of United States District Court

FEB 1 2 2003